■

**COM.**

v.

**KULB, B.**

**2262 EDA 2016**

Superior Court of Pennsylvania.

7/21/2017

CP–51–CR–0006367–2014, MC–51–CR–00011603–2014

(Philadelphia)

Affirmed

■

**ROSE, J.**

v.

**The FARMER'S FIRE INS. CO.**

**2683 EDA 2016**

Superior Court of Pennsylvania.

07/21/2017

Reargument Denied 8/21/2017

2014–C–3423 (Lehigh)

Quashed

■

**IN RE: ESTATE OF Rosalind T. SNYDER**

**3138 EDA 2016**

Superior Court of Pennsylvania.

07/21/2017

No. 2014–0465

(Bucks)

Affirmed

**IN the INTEREST OF: J.V.S., a Minor**

**146 EDA 2017**

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0000708–2016

(Philadelphia)

Affirmed

■

**IN the INTEREST OF: J.H.G., a Minor**

**147 EDA 2017**

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0000709–2016

(Philadelphia)

Affirmed